UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-v-

PERRY FREEMAN,

                       Defendant.
-----------------------------------------------------------------x

STIPULATION IN SUPPORT
OF APPLICATION FOR
25th ORDER OF CONTINUANCE
AND 25th ORDER OF
CONTINUANCE

23 Mag. 7330

      The United States of America and the defendant jointly request and agree that the time period from **11/05/2025** to **12/03/2025** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The parties submit that there is good cause for an additional exclusion of time.

      The defendant was arrested on December 4, 2023 and presented that day on a complaint alleging distribution of fentanyl resulting in a death, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), as well as possession of a firearm by a felon, in violation of Title 18, United States Code, Section 922(g)(1). He was detained after a bail hearing.

      The Government made a plea offer to the defense on or about September 9, 2025, and the parties have since been in active discussions regarding that offer—including, most recently, on or about October 29, 2025. The parties respectfully request a continuance so that they can continue those discussions.

      Mr. Gold has received express permission to sign this stipulation on his client's behalf. By the following signatures, we agree and consent to the exclusion of time noted above:

| | | | |
|---|---|---|---|
| _____ | 11.03.25 | _____ | 11/01/2025 |
| Defendant's Counsel | Date | Assistant U.S. Attorney | Date |
| Ben Gold, Esq. | | Ben Arad | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

   The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act. The defendant understands that he has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. Defense counsel has discussed this stipulation with the defendant and has the defendant's authorization to sign on his behalf.

*Perry Freeman*           11.03.25
_____       _____
Defendant              Date
PERRY FREEMAN

   The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **11/05/2025** to **12/03/2025** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above. The Court further orders: __N/A_____.

Dated: __11/5/25_____         SO ORDERED
White Plains, New York

                    _____
                    United States Magistrate Judge